## Fry's Estate.

578

*Keller H. Gilbert*, for exceptions.
*MacCoy, Evans, Hutchinson & Lewis*, contra.

HENDERSON, J., Nov. 28, 1930.—A careful study of the record and briefs of counsel leads us to the conclusion that the presiding judge was correct in his conclusions and for the reasons given by him.

There is no warrant in law for making an appraisement with a suspended claim, however convenient the appraiser may find such practice. The judg-

ment held by the estate appears to be worthless, and, if such is the case, should have been deducted, as also the fee of $500, to find the net estate, of which one-third passed to John D. Vickers.

The tax will be ascertained as follows:

| | | |
|---|---:|---:|
| Balance as per account | | $183,846.06 |
| Less worthless judgment and interest | $66,752.25 | |
| Less counsel fee | 500.00 | |
| | | 67,252.25 |
| | | $116,593.81 |
| One-third taxable | | 38,864.60 |

on which tax at 5 per cent., $1943.23, is awarded to the Commonwealth, plus interest at 6 per cent per annum from April 15, 1928.

The exceptions are dismissed and the record is remitted to the register.

LAMORELLE, P. J., did not sit.